IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs | ) | Case No. 3:11CR038 |
| Thomas Charles Brown, Jr. | ) | |
| | ) | |

ORDER TERMINATING SUPERVISED RELEASE

The above named was placed on Supervised Release on October 26, 1994 for a period of 5 years years. Based on the recommendation of the U.S. Probation Officer and for good cause shown it is hereby ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Dated this 18th day of April, 2013

_____
United States District Judge