IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs | ) | Case No. 3:11CR038 |
| Thomas Charles Brown, Jr. | ) | |
| | ) | |

## AMENDED ORDER TERMINATING SUPERVISED RELEASE

The above named was placed on Supervised Release on July 13, 2010, for a period of 5 years. Based on good cause shown it is hereby ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Dated this 24th day of April, 2013

Thomas M. Rose
United States District Judge